No. 962. EMORY ET UX. *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied. *Burton Marks* for petitioners.

No. 777. CORAL GABLES FIRST NATIONAL BANK ET AL. *v.* AMERICAN SURETY CO. OF NEW YORK ET AL. C. A. 5th Cir. Motion of respondent American Surety Co. of New York for assessment of damages denied. Certiorari denied. *Leo L. Foster* and *William Gresham Ward* for petitioners. *William L. Gray, Jr.,* and *Tom Maxey* for American Surety Co. of New York, and *John H. Gunn* for Nicholas, respondents.

No. 838. DUESING *v.* UDALL, SECRETARY OF THE INTERIOR. C. A. D. C. Cir. Certiorari denied. MR. JUSTICE FORTAS took no part in the consideration or decision of this petition. *Max Barash* for petitioner. *Solicitor General Marshall, Assistant Attorney General Weisl, S. Billingsley Hill* and *Edmund B. Clark* for respondent.

No. 852. CHICAGO, BURLINGTON & QUINCY RAILROAD CO. *v.* ILLINOIS COMMERCE COMMISSION ET AL. Sup. Ct. Ill. Certiorari denied. MR. JUSTICE FORTAS took no part in the consideration or decision of this petition. *Jerome F. Dixon* for petitioner. *William G. Clark,* Attorney General of Illinois, and *Edward G. Finnegan,* Assistant Attorney General, for respondent Illinois Commerce Commission.

No. 671, Misc. FORTNER *v.* BALKCOM, WARDEN. C. A. 5th Cir. Certiorari denied. Petitioner *pro se. Arthur K. Bolton,* Attorney General of Georgia, and *Peyton S. Hawes, Jr.,* Assistant Attorney General, for respondent.